```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02045-RNO
Andres C Pinedo                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: KADavis     Page 1 of 1     Date Rcvd: Jul 18, 2019
                    Form ID: ntfp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5200055    +E-mail/Text: mrdiscen@discover.com Jul 18 2019 19:06:30    Discover CC,   PO Box 3025,
     New Albany, OH 43054-3025
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
        Ashlee Crane Fogle    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2
         afogle@rascrane.com
        Brian Thomas Langford    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com,
         PitEcf@weltman.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Danielle Boyle-Ebersole    on behalf of Creditor    ABS REO Trust c/o Select Portfolio Servicing
         debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Mark E. Moulton    on behalf of Debtor 1 Andres C Pinedo markmoulton@moultonslaw.com,
         staff@moultonslaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                     TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andres C Pinedo        Chapter 13

**Debtor 1**        Case number 5:19–bk–02045–RNO

## Notice To Filing Party

**Please take notice that:**

The PDF document attached to the Claim #8 appears to pertain to a different case, does not relate to your claim, or was otherwise filed in error. Please review the claim and take the appropriate corrective action (e.g., withdraw or amend the claim). Claims may be amended or withdrawn using the electronic proof of claim system (ePOC) found at http://www.pamb.uscourts.gov.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 18, 2019 |

ntfp(12/18)