## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:19-bk-02045-RNO |
| Andres C. Pinedo | : Chapter 13 |
| Debtor | : |
| ABS REO Trust c/o Select Portfolio Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| | : |
| Andres C. Pinedo | : |
| Debtor/Respondent | : |
| and | : |
| Charles J DeHart, III, Esquire | : |
| Trustee/Respondent | : |

## OBJECTION TO CONFIRMATION OF THE AMENDED PLAN

ABS REO Trust c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Amended Chapter 13 Plan of Debtor, Andres C. Pinedo ("Debtor"), dated 7/22/19, as follows:

1. As of the bankruptcy filing date of May 10, 2019, Movant holds a secured Claim against the Debtor's property located at 137 Maria Lane, Dingmans Ferry, Pennsylvania 18328 (the "Property").

2. On July 18, 2019 Movant filed a Proof of Claim citing a total debt secured claim in the amount of $34,692.54.

3. The Amended Plan does not propose for any payment to Movant, and instead proposes to avoid the lien, however, Debtor cannot cram down this loan as it is his principal place of residence. Moreover, Debtor has still failed to properly put forth an appraisal of the Property conducted by a licensed real estate appraiser to support their alleged value of the Property as $97,817.00.

4. Movant believes the fair market value of the Property is more than the payoff on the first mortgage on the Property (see attached appraisal, dated 05/17/2019, as Exhibit "A"), such that Movant's lien cannot be deemed completely unsecured, or avoided, and Movant requests Debtor provide an actual appraisal and/or access to the Property to complete its own appraisal.

5. The Amended Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

6. The Amended Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

7. Movant objects to the feasibility of the Amended Plan under 11 U.S.C. § 1325(a)(6). The Amended Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Amended Chaper 13 Plan.

Respectfully submitted,


Dated: 08/14/2019

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:                      : Bankruptcy No. 5:19-bk-02045-RNO

Andres C. Pinedo           : Chapter 13

                 Debtor      :

ABS REO Trust c/o Select Portfolio Servicing,   :

Inc.                                 :

                 Movant     :

        vs.                    :

                                  :

Andres C. Pinedo           :

                Debtor/Respondent   :

        and                   :

Charles J DeHart, III, Esquire     :

                Trustee/Respondent    :

### <u>CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST</u>

       I, Danielle Boyle-Ebersole, Esquire, attorney for ABS REO Trust c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 08/14/2019:

| | |
|---|---|
| Mark E. Moulton, Esquire<br>Via Electronic Filing<br>*Attorney for Debtor* | Andres C. Pinedo<br>137 Maria Lane<br>Dingmans Ferry, PA 18328<br>Via First Class Mail<br>*Debtor* |
| Charles J DeHart, III, Esquire<br>Via Electronic Filing<br>*Trustee* | |

               Respectfully Submitted,

Date: 08/14/2019               <u>/s/Danielle Boyle-Ebersole, Esquire</u>
                                       Danielle Boyle-Ebersole, Esquire
                                       Attorney I.D. # 81747
                                       Hladik, Onorato & Federman, LLP
                                       298 Wissahickon Avenue
                                       North Wales, PA 19454
                                       Phone 215-855-9521/Fax 215-855-9121
                                       debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:19-bk-02045-RNO |
| Andres C. Pinedo | : Chapter 13 |
|         Debtor | : |
| ABS REO Trust c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
|         vs. | : |
| | : |
| Andres C. Pinedo | : |
|         Debtor/Respondent | : |
|         and | : |
| Charles J DeHart, III, Esquire | : |
|         Trustee/Respondent | : |

## <u>ORDER</u>

Upon consideration of ABS REO Trust c/o Select Portfolio Servicing, Inc.'s Objection to Confirmation of the proposed Amended Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2019 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Chief Judge Robert N. Opel II
United States Bankruptcy Judge