UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDRES C. PINEDO : CHAPTER 13
     Debtor(s) :
      :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
     vs. :
      :
ANDRES C. PINEDO :
     Respondent(s) : CASE NO. 5-19-bk-02045

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of August, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Injury or other claim

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2018 Federal Income Tax return.
    b. Paystub for month July 31, 2019.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                        Respectfully submitted:

                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

           BY:    /s/Agatha R. McHale
                   Attorney for Trustee

## CERTIFICATE OF SERVICE

      AND NOW, this 20th day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Mark Moulton, Esquire
693 State Route 739, Ste 1
Lords Valley, PA   18428

                        /s/Deborah A. Behney
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee