IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andres C. Pinedo<br>  Debtor.<br><br>Nationstar Mortgage LLC dba Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2<br>  Movant,<br>v.<br><br>Andres C. Pinedo<br>  Debtor/Respondent.<br><br>Migdalia Espinet<br>  (Non-filing Co-Debtor).<br><br>Charles J. DeHart, III, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-02045/RNO<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

  I hereby certify that on August 23, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

                        Respectfully submitted,

Dated: September 4, 2019         BY: /s/ Kevin S. Frankel
                            Kevin S. Frankel, Esquire
                            Shapiro & DeNardo, LLC
                            3600 Horizon Drive, Suite 150
                            King of Prussia, PA 19406
                            (610) 278-6800/ fax (847) 954-4809
S&D File #:19-062502            PA BAR ID #318323
                            pabk@logs.com