IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : <br> Andres C. Pinedo <br>     Debtor <br><br> ABS REO Trust c/o Select Portfolio Servicing, Inc. <br>     Movant <br><br> vs. <br><br> Andres C. Pinedo <br>     Debtor/Respondent <br> and <br><br> Charles J DeHart, III, Esquire <br>     Trustee/Respondent | : <br> : Bankruptcy No. 5:19-bk-02045-RNO <br> : <br> : <br> : Chapter 13 <br> : |

ORDER

AND NOW upon consideration of proposed Consent Order to resolve the Objection of ABS REO Trust c/o Select Portfolio Servicing (#46), The Stipulation is hereby made an Order of this Honorable Court.

Dated: January 9, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge   BI