WWR# 40363719

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

ANDRES PINEDO

CASE NO. 19-02045

CHAPTER 13

## NOTICE OF APPEARANCE

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle, Brooklyn Hts., OH 44131 and enters its appearance as Agent for the following Creditor in the above-captioned proceedings: CITIZENS BANK, N.A..

Copies of all further communications, pleading, court notices, and other papers should be served on said agent.

Date: March 6, 2020

/s/ Scott D. Fink
Scott D. Fink
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com

WWR# 40363719

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANDRES PINEDO

CASE NO. 19-02045

CHAPTER 13

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served on the 6th day of March, 2020, upon those listed below:

Service by First-Class Mail:

ANDRES PINEDO, Debtor
137 MARIA LN
DINGMANS FERRY, PA 18328

and Service by NEF/ECF:

MARK E MOULTON, Debtors Attorney at markmoulton@moultonslaw.com
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

/s/ Scott D. Fink
Scott D. Fink
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com