Certificate Number: 00437-PAM-DE-034420314

Bankruptcy Case Number: 19-02045


00437-PAM-DE-034420314

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2020, at 1:35 o'clock PM MDT, Andres Pinedo completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 5, 2020

By: /s/Kimberly Jackson for Angela Coombes

Name: Angela Coombes

Title: Credit Counselor