| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Andres C Pinedo |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number | 5:19-bk-02045-MJC |

# Form 4100R

## Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2

**Court claim no.** (if known) 6

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6678

**Property address:** 137 Maria Lane
Number   Street

Dingmans Ferry   PA   18328
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on :   02 / 01 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $_____
b. Total fees, charges, expenses, escrow, and costs outstanding          + (b) $_____
c. **Total**. Add lines a and b.                                          (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

| Debtor 1 | Andres C Pinedo | | | Case number (*if known*) 5:19-bk-02045-MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

/s/ Roger Fay, Esq., ID No. 315987
Signature

Date November 14, 2024

Print  Roger Fay, Esquire
       First Name    Middle Name    Last Name

Title Attorney for Creditor

Company  Albertelli Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  14000 Commerce Parkway, Suite H
         Number         Street

         Mount Laurel        NJ          08054
         City                State       ZIP Code

Contact phone: (856) 724-1888                Email: rfay@alaw.net

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Andres C Pinedo,<br>        Debtor, | Bankruptcy No. 5:19-bk-02045-MJC<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2,<br>        Secured Creditor,<br><br>Andres C Pinedo,<br>        Debtor / Respondent,<br><br>and<br>Jack N Zaharopoulos,<br>        Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

    Roger Fay, Esquire counsel for U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2, hereby certifies that a copy of the RESPONSE TO NOTICE OF FINAL CURE PAYMENT was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on November 14, 2024, addressed as follows:

| | |
|---|---|
| Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*via electronic transmission and regular mail* | Mark E. Moulton<br>Moulton and Moulton PC<br>693 State Route 739, Suite #1<br>Lords Valley, PA 18428<br>*via electronic transmission and regular mail* |
| Andres C Pinedo<br>137 Maria Lane<br>Dingmans Ferry, PA 18328<br>*via regular mail* | |

ALBERTELLI LAW

DATED: November 14, 2024

By: /s/ Roger Fay, Esq., ID No. 315987
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
rfay@alaw.net
(856) 724-1888
Attorneys for Secured Creditor