UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANDRES C PINEDO | : | |
|     Debtors | : | CASE NO. 5-19-bk-02045-MJC |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | MOTION TO DISMISS |
| ANDRES C PINEDO | : | |
|     Respondents | : | |

## **AMENDED NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on February 21, 2025.

If you object to the relief requested, you must file your objection/response on or before March 12, 2025 with the Clerk of Bankruptcy Court, U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA, and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for March 20, 2025 at 10:00 a.m. at U.S. Courthouse, 197 S. MainSt. Wilkes-Barre, PA, and will be held regardless of any objections or responses having been filed.

                                                     Respectfully submitted,

Date: February 26, 2025                        /s/ Agatha R. McHale, Esquire
                                                   Attorney ID: 47613
                                                   Attorney for Trustee
                                                   Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   8125 Adams Drive, Suite A
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANDRES C PINEDO | : | |
|     Debtors | : | CASE NO. 5-19-bk-02045-MJC |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | MOTION TO DISMISS |
| ANDRES C PINEDO | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

    I certify that I am more than 18 years of age and that on February 26, 2025, I served a copy of the original Motion to Dismiss at Doc. #81, Amended Notice, and original Proposed Order at Doc. #81 on the following parties from Hummelstown, PA, unless served electronically:

### SERVED ELECTRONICALLY

UNITED STATE TRUSTEE
1501 NORTH 6TH STREET
P.O. BOX 302
HARRISBURG, PA 17102

MARK MOULTON, ESQUIRE
693 STATE ROUTE 739 STE 1
LORDS VALLEY, PA    18428-

### SERVED BY FIRST CLASS MAIL

ANDRES C PINEDO
137 MARIA LANE
DINGMANS FERRY, PA 18328

SEE ATTACHED MATRIX

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 26, 2025

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-02045-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Wed Feb 26 13:33:28 EST 2025 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bank National Association, as Trustee f<br>RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 1<br>Duluth, GA 30097-8458 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | ABS REO Trust<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| CAC Debt Recovery<br>2300 Gettysburg Rd STE 102<br>Camp Hill. PA 17011-7303 | CBL Path<br>110 Washington Ave 2nd Fl<br>North Haven, CT 06473-1723 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citibank S D<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Citibank SD<br>701 East 60th Street North<br>Sioux Falls, South Dakota 57104-0432 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Commercial Acceptance Comp<br>2300 Gettysburg Rd STE 102<br>Camp Hill, Pennsylvania 17011-7303 | Credit One Bank, N.A.<br>585 Pilot Road<br>Las Vegas, Nevada 89119-3619 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover CC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| ERC<br>PO Box 23870<br>Jacksonville FL 32241-3870 | (p)GLOBAL PAYMENTS CHECK SERVICES LLC<br>ATTN F&B SUPPORT<br>6215 W HOWARD STREET<br>NILES IL 60714-3403 | HSBC Bank<br>ATTN: Bankruptcy Dept<br>P.O. BOX 4215<br>Buffalo, New York 14240-4215 |
| Home Depot<br>ATTN Legal<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339-1834 | Home Depot<br>Attn: Legal<br>2455 Paces Ferry Rd.<br>Atlanta, Georgia 30339-1834 | Law Offices of Shapiro & DeNardo, LLC<br>3600 Horizon Drive Ste 150<br>King of Prussia, PC 19406-4702 |
| Liberty Career Finance<br>PO Box 8099<br>Newark, DE 19714-8099 | MLEPOA Inc<br>103 Lake Drive<br>Dingmans Ferry, PA 18328-3127 | Mercury<br>Card Services<br>PO Box 70168<br>Philadelphia, PA 19176-0168 |
| Merrick Bank<br>PO Box 660702<br>Dallas, TX 75266-0702 | Met-Ed<br>PO Box 3687<br>Akron, OH 44309-3687 | MetEd/First Energy<br>101 Crawford's Corner Rd<br>Bldg 1 Suite 1-511<br>Holmdel, NJ 07733-1976 |

| | | |
|---|---|---|
| Midland Credit Management<br>8875 Aero Drive<br>Ste 200<br>San Diego, California 92123-2255 | Midland Credit Management<br>8875 Aero Drive STE 200<br>San Diego, CA 92123-2255 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Migdalia Espinet<br>137 Maria Lane<br>Dingmans Ferry, PA 18328-3088 | Mr. Cooper<br>9850 Cypress Waters Blvd<br>Coppell, TX 75019 | Mr. Cooper<br>9850 Cypress Waters Blvd<br>Coppell, Texas 75019 |
| Newton Memorial Hosp<br>PO Box 3129<br>Secaucus, NJ 07096-3129 | Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |
| PNP Financial Maangement Servs<br>100 Quentin Roosevelt Blvd. #204<br>Garden City, NY 11530-4843 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa.  17128-0946 | Plains Volunteer Amb<br>90 Maffett St<br>Plains, PA 18705-1933 |
| Plaints Twp Ambulance<br>PO Box 207<br>Allentown 18105-0207 | Pleasantdale Ambulatory Care<br>61 Main Street,STE D<br>West Orange, NJ 07052-5353 | Pleasantdale Ambulatory Service<br>61 Main Street Ste D<br>West Orange, NJ 07052-5353 |
| PnP Management Services Llc<br>100 Quentin Roosevelt Blvd #204<br>Garden City, NY 11530-4843 | SPS<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | SPS<br>PO Box 65250<br>Salt Lake City, Utah 84165-0250 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | Synchrony Bank<br>P O Box 965004<br>Orlando, FL 32896-5004 | Synchrony Bank<br>P O Box 965004<br>Orlando, Florida 32896-5004 |
| TJX Rewards/GEMB<br>PO Box 530948<br>Atlanta, GA 30353-0948 | TJX Rewards/GEMB<br>PO Box 530948<br>Atlanta, Georgia 30353-0948 | Total Card Inc<br>PO Box 89725<br>Sioux Falls, SD 57109-9725 |
| Toyota Financial Services<br>Bankruptcy Department PO Box 5855<br>5505 N. Cumberland Ave., Suite 307<br>Chicago, Illinois 60656-4761 | Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | Toyota World of Newton<br>66 Route 206<br>Newton, NJ 07860 |
| U.S. BANK NATIONAL ASSOCIATION<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9096 | U.S. Bank National Association<br>RAS Crane, LLC<br>10700 Abbott's Bridge Road<br>Suite 170<br>Duluth, GA 30097-8461 | U.S. Bank, National Association, et al... c/<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 |

| West Milford PT<br>179 Cahill Cross Rd STE 308<br>West Milford, NJ 07480-1988 | Andres C Pinedo<br>137 Maria Lane<br>Dingmans Ferry, PA 18328-3088 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
|---|---|---|
| Mark E. Moulton<br>Moulton and Moulton PC<br>693 State Route 739, Suite #1<br>Lords Valley, PA 18428-6083 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Capital One<br>PO Box 85520<br>Richmond VA 23285 | Citizens Bank N.A.<br>One Citizens Bank Way Mail Stop JCA115<br>Johnston, RI 02919 | (d)Citizens One Auto Finance<br>1 Citizens Bank Way<br>Johnston, RI 02919 |
|---|---|---|
| (d)Citizens One Auto Finance<br>1 Citizens Bank Way<br>Johnston, Rhode Island 02919 | Dell Preferred Account<br>Payment Processing Center<br>PO Box 6403<br>Carol Stream, IL 60197 | Global Payments Check Services Inc<br>PO Box 59371<br>Chicago, IL 60659 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)ABS REO Trust c/o Select Portfolio Servici | (u)Citizens Bank, N.A. | (u)Nationstar Mortgage LLC dba Mr. Cooper et |
|---|---|---|
| (u)Toyota Motor Credit Corporation | (d)Liberty Career Finance, LLC<br>P.O. Box 8099<br>Newark, DE 19714-8099 | (u)Nationstar Mortgage LLC dba Mr. Cooper<br>8950 Cypress Waters Blvd, Coppell, Texas |

End of Label Matrix
Mailable recipients     63
Bypassed recipients      6
Total                   69