# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ANDRES C PINEDO | : | |
|    Debtors | : | CASE NO. 5-19-bk-02045-MJC |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Movant | : | |
| | : | |
|    vs. | : | |
| | : | MOTION TO DISMISS |
| ANDRES C PINEDO | : | |
|    Respondents | : | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.