United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 19-02045-MJC
Andres C Pinedo                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andres C Pinedo, 137 Maria Lane, Dingmans Ferry, PA 18328-3088 |
| 5200049 | + | CAC Debt Recovery, 2300 Gettysburg Rd STE 102, Camp Hill. PA 17011-7303 |
| 5200051 | + | CBL Path, 110 Washington Ave 2nd Fl, North Haven, CT 06473-1723 |
| 5200059 | + | Law Offices of Shapiro & DeNardo, LLC, 3600 Horizon Drive Ste 150, King of Prussia, PC 19406-4702 |
| 5200065 | + | MLEPOA Inc, 103 Lake Drive, Dingmans Ferry, PA 18328-3127 |
| 5200064 | + | Migdalia Espinet, 137 Maria Lane, Dingmans Ferry, PA 18328-3088 |
| 5200066 | | Mr. Cooper, 9850 Cypress Waters Blvd, Coppell, TX 75019 |
| 5197287 | | Mr. Cooper, 9850 Cypress Waters Blvd, Coppell, Texas 75019 |
| 5200067 | + | Newton Memorial Hosp, PO Box 3129, Secaucus, NJ 07096-3129 |
| 5197290 | + | PNP Financial Maangement Servs, 100 Quentin Roosevelt Blvd. #204, Garden City, NY 11530-4843 |
| 5200069 | + | Plains Volunteer Amb, 90 Maffett St, Plains, PA 18705-1933 |
| 5197288 | + | Plaints Twp Ambulance, PO Box 207, Allentown 18105-0207 |
| 5197289 | + | Pleasantdale Ambulatory Care, 61 Main Street,STE D, West Orange, NJ 07052-5353 |
| 5200070 | + | Pleasantdale Ambulatory Service, 61 Main Street Ste D, West Orange, NJ 07052-5353 |
| 5200071 | + | PnP Management Services Llc, 100 Quentin Roosevelt Blvd #204, Garden City, NY 11530-4843 |
| 5197294 | + | Toyota Financial Services, Bankruptcy Department PO Box 5855, 5505 N. Cumberland Ave., Suite 307, Chicago, Illinois 60656-4761 |
| 5200078 | | Toyota World of Newton, 66 Route 206, Newton, NJ 07860 |
| 5200079 | + | West Milford PT, 179 Cahill Cross Rd STE 308, West Milford, NJ 07480-1988 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 15 2025 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2025 18:41:00 | U.S. Bank National Association, as Trustee for Str, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5224563 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2025 18:42:00 | ABS REO Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5200050 | | EDI: CAPITALONE.COM | May 15 2025 22:38:00 | Capital One, PO Box 85520, Richmond VA 23285 |
| 5200027 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 18:41:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 5200053 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 18:41:00 | Citizens One Auto Finance, 1 Citizens Bank Way, Johnston, RI 02919 |
| 5197277 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 18:41:00 | Citizens One Auto Finance, 1 Citizens Bank Way, |

| Account | | Notice Method / Email | Date/Time | Name / Address |
|---|---|---|---|---|
| | | | | Johnston, Rhode Island 02919 |
| 5198312 | + | Email/Text: bankruptcy@cavps.com | May 15 2025 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5200052 | + | EDI: CITICORP | May 15 2025 22:38:00 | Citibank S D, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5197276 | + | EDI: CITICORP | May 15 2025 22:38:00 | Citibank SD, 701 East 60th Street North, Sioux Falls, South Dakota 57104-0432 |
| 5197278 | + | Email/Text: dylan.succa@commercialacceptance.net | May 15 2025 18:41:00 | Commercial Acceptance Comp, 2300 Gettysburg Rd STE 102, Camp Hill, Pennsylvania 17011-7303 |
| 5197279 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 18:50:16 | Credit One Bank, N.A., 585 Pilot Road, Las Vegas, Nevada 89119-3619 |
| 5197280 | | Email/PDF: DellBKNotifications@resurgent.com | May 15 2025 18:39:49 | Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 5224257 | | EDI: DISCOVER | May 15 2025 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5200055 | + | EDI: DISCOVER | May 15 2025 22:38:00 | Discover CC, PO Box 3025, New Albany, OH 43054-3025 |
| 5200057 | | Email/Text: Check.bksupport@pavilionpay.com | May 15 2025 18:41:00 | Global Payments Check Services Inc, PO Box 59371, Chicago, IL 60659 |
| 5197282 | + | EDI: HFC.COM | May 15 2025 22:38:00 | HSBC Bank, ATTN: Bankruptcy Dept, P.O. BOX 4215, Buffalo, New York 14240-4215 |
| 5200058 | + | EDI: SYNC | May 15 2025 22:38:00 | Home Depot, ATTN Legal, 2455 Paces Ferry Rd., Atlanta, GA 30339-1834 |
| 5197281 | + | EDI: SYNC | May 15 2025 22:38:00 | Home Depot, Attn: Legal, 2455 Paces Ferry Rd., Atlanta, Georgia 30339-1834 |
| 5197283 | + | Email/Text: libertybk@contfinco.com | May 15 2025 18:42:00 | Liberty Career Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5197284 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 15 2025 18:41:00 | Mercury, Card Services, PO Box 70168, Philadelphia, PA 19176-0168 |
| 5197285 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2025 18:39:28 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5200062 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 15 2025 18:42:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5217721 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 15 2025 18:42:00 | MetEd/First Energy, 101 Crawford's Corner Rd, Bldg 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5197286 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 18:42:00 | Midland Credit Management, 8875 Aero Drive, Ste 200, San Diego, California 92123-2255 |
| 5200063 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 18:42:00 | Midland Credit Management, 8875 Aero Drive STE 200, San Diego, CA 92123-2255 |
| 5223576 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5197338 | ^ | MEBN | May 15 2025 18:37:05 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200068 | | EDI: PENNDEPTREV | May 15 2025 22:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5210271 | | EDI: PENNDEPTREV | May 15 2025 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5200073 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2025 18:42:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5197291 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| Recip ID | | Manner | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 15 2025 18:42:00 | SPS, PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 5200072 | | EDI: AISTMBL.COM | | |
| | | | May 15 2025 22:38:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 5200074 | + | EDI: SYNC | | |
| | | | May 15 2025 22:38:00 | Synchrony Bank, P O Box 965004, Orlando, FL 32896-5004 |
| 5197292 | + | EDI: SYNC | | |
| | | | May 15 2025 22:38:00 | Synchrony Bank, P O Box 965004, Orlando, Florida 32896-5004 |
| 5200075 | + | EDI: SYNC | | |
| | | | May 15 2025 22:38:00 | TJX Rewards/GEMB, PO Box 530948, Atlanta, GA 30353-0948 |
| 5197293 | + | EDI: SYNC | | |
| | | | May 15 2025 22:38:00 | TJX Rewards/GEMB, PO Box 530948, Atlanta, Georgia 30353-0948 |
| 5200076 | + | EDI: TCISOLUTIONS.COM | | |
| | | | May 15 2025 22:38:00 | Total Card Inc, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 5200077 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | May 15 2025 18:42:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 5217947 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 15 2025 18:41:00 | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5201052 | + | Email/Text: RASEBN@raslg.com | | |
| | | | May 15 2025 18:41:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5280950 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 15 2025 18:41:00 | U.S. Bank, National Association, et al... c/o, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5237646 | | Nationstar Mortgage LLC dba Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, Texas |
| 5200054 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Preferred Account, Payment Processing Center, PO Box 6403, Carol Stream, IL 60197 |
| 5200060 | *+ | Liberty Career Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5198125 | *+ | Liberty Career Finance, LLC, P.O. Box 8099, Newark, DE 19714-8099 |
| 5200061 | *+ | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5200056 | ##+ | ERC, PO Box 23870, Jacksonville FL 32241-3870 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 afogle@rascrane.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. logsecf@logs.com cistewart@logs.com |
| Danielle Boyle-Ebersole | on behalf of Creditor ABS REO Trust c/o Select Portfolio Servicing dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com |
| Mark E. Moulton | on behalf of Debtor 1 Andres C Pinedo markmoulton@moultonslaw.com staff@moultonslaw.com |
| Roger Fay | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2 rfay@alaw.net |
| Scott D Fink | on behalf of Creditor Citizens Bank N.A. bronationalecf@weltman.com, PitEcf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| | | |
|---|---|---|
| Debtor 1 | Andres C Pinedo | Social Security number or ITIN   xxx–xx–6859 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–02045–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andres C Pinedo

**By the court:**

5/15/25

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:19-bk-02045-MJC    Doc 91    Filed 05/17/25    Entered 05/18/25 00:24:08    Desc
Imaged Certificate of Notice    Page 7 of 7